United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                       Case No. 22-01642-MJC

Mary Stravinski                              Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                Page 1 of 2

Date Rcvd: Oct 19, 2022                   Form ID: ntcnfhrg                            Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Stravinski, 303 Lower Swiftwater Road, Cresco, PA 18326-7257 |
| 5493183 | + | NEPA PA SCHOOL EMP FCU/BANK CARDS, 934 N 9TH STREET, STROUDSBURG, PA 18360-1208 |
| 5493184 | + | PARADISE TWP TAX COLLECTOR, MARY GRAC DEHAVEN, 5367 PARADISE VALLEY ROAD, CRESCO, PA 18326-7721 |
| 5493185 | | PETER J. COSTANZI, 303 LOWER SWIFTWATER ROAD, CRESCO, PA 18326-7257 |
| 5493186 | | REGIONAL HOSPITAL OF SCRANTON, PO BOX 637289, CINCINNATI, OH 45263-0877 |
| 5493187 | + | ROCKET LOANS MARKETPLACE, 660 WOODWARD AVE FNB 18TH FL STE 39, DETROIT, MI 48226-3516 |
| 5493189 | + | WELLS FARGO CARD SERVICES, PO BOX 77053, MINNEAPOLIS, MN 55480-7753 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 19 2022 18:47:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5493180 | | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 18:47:35 | CARECREDIT/SYNCHRONY, PO BOX 960061, ORLANDO, FL 32896-0061 |
| 5493181 | | Email/Text: mrdiscen@discover.com | Oct 19 2022 18:37:00 | DISCOVER, PO BOX 70176, PHILADELPHIA, PA 19176-0176 |
| 5495176 | | Email/Text: mrdiscen@discover.com | Oct 19 2022 18:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5493182 | | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 18:47:35 | LOWE'S/SYNCHRONY BANK, PO BOX 530914, ATLANTA, GA 30353-0914 |
| 5500318 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 18:47:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5493188 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2022 18:37:00 | ROCKET MORTGAGE, 1050 WOODWARD AVENUE, DETROIT, MI 48226-3573 |
| 5497841 | + | Email/Text: pasi_bankruptcy@chs.net | Oct 19 2022 18:37:00 | Regional Hospital of Scranton c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |
| 5497889 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 19 2022 18:37:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5493536 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 18:47:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

**Name** **Email Address**

Brian Nicholas
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com

Brian C Nicholas
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Robert J Kidwell, III
on behalf of Debtor 1 Mary Stravinski rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
on behalf of Debtor 1 Mary Stravinski lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 6

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Mary Stravinski,<br>aka Mary Crawley, | Chapter | 13 |
| :--- | :--- | :--- |
| **Debtor 1** | Case No. | 5:22−bk−01642−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 22, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 29, 2022<br>Time: 09:30 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 19, 2022 |

ntcnfhrg (08/21)