# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARY STRAVINSKI
            AKA: MARY CRAWLEY

CHAPTER 13

            Debtor(s)
JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 5-22-01642-MJC
            Movant
vs.
MARY STRAVINSKI
AKA: MARY CRAWLEY

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on December 22, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on September 1, 2022.

2. A hearing was held and an Order was entered on November 29, 2022 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

            Respectfully submitted,

            /s/   Agatha R. McHale, Esq.
            Id:  47613
            Attorney for Movant
            Jack N. Zaharopoulos
            Standing Chapter 13 Trustee
            Suite A, 8125 Adams Drive
            Hummelstown, PA   17036
            Phone:  717-566-6097
            email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY STRAVINSKI
AKA: MARY CRAWLEY

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-22-01642-MJC

Movant

MARY STRAVINSKI
AKA: MARY CRAWLEY

Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court  
Max Rosenn U.S. Courthouse  
Courtroom #2  
197 S. Main Street  
Wilkes Barre, PA

Date: February 2, 2023

Time: 10:00 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: December 22, 2022

/s/ Agatha R. McHale, Esquire  
Id: 47613  
Attorney for Trustee  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
Suite A, 8125 Adams Dr.  
Hummelstown, PA 17036  
Phone: (717) 566-6097  
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY STRAVINSKI
AKA: MARY CRAWLEY

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-22-01642-MJC

Movant

MARY STRAVINSKI
AKA: MARY CRAWLEY

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 22, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURGPA18360-0511

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

Served by 1st Class Mail

MARY STRAVINSKI
303 Lower Swiftwater Road
Cresco, PA 18326

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 22, 2022

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARY STRAVINSKI
AKA: MARY CRAWLEY          CHAPTER 13

CASE NO: 5-22-01642-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

MARY STRAVINSKI   etal
    Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.