

IN THE UNITED STATES BANKRUPTCY COURT OF
MIDDLE PENNSYLVANIA

IN PROCEEDINGS:
22-01642

DEBTOR(S):
MARY STRAVINSKI

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $16,629.84

CREDITOR'S SIGNATURE:
/S/ Camilo Restrepo

CREDITOR CONTACT INFO:

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603
(877) 264-5884

DATE:

11/17/2023